# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Jha v. Better Holdco, Inc.**          Case Number: **22cv783-LAB-KSC**

Hon. Larry Alan Burns          Ct. Deputy: T. Weisbeck

On February 6, 2023, the Court held a hearing on Defendant's Motion to Enforce Settlement Agreement and Award Reasonable Attorneys' Fees. (Dkt. 33). At the hearing, Plaintiff Sachchidanand Jha agreed to sign the settlement agreement, originally reached between the parties on September 7, 2022, and waive all claims against Defendant. Defendants' Motion is therefore **DENIED AS MOOT**. The parties additionally signed and filed a Joint Motion of Dismissal with Prejudice. (*See* Dkt. 40). Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties' joint motion is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court will retain jurisdiction over this matter until two weeks from the date of this Order, after which the Clerk of Court is directed to terminate this case. Each party shall bear its own expenses, costs, and attorneys' fees.

Date: February 6, 2023

*/s/ Larry A. Burns*
Hon. Larry A. Burns
United States District Judge

cc: All Parties
    All Counsel